

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Joseph Joe Siedl,

\* From the 104th District Court
of Taylor County
Trial Court No. 18101B.

Vs. No. 11-16-00309-CR

\* May 25, 2017

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $295 fine, and we dismiss the appeal.